IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:22-726 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| **ERIC RASHUN JONES,** | ) | 28 U.S.C. § 2461(c) |
| a/k/a "E Dolla," | ) | |
| a/k/a "E" | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about June 25, 2019, in the District of South Carolina, the Defendant, **ERIC RASHUN JONES, a/k/a "E Dolla," a/k/a "E,"** knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Springfield, model XD, 9mm pistol and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **ERIC RASHUN JONES, a/k/a "E Dolla," a/k/a "E,"** shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

Springfield, model XD, 9mm pistol
Serial Number: HG931978

B. Ammunition:

Miscellaneous rounds of 9mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A <u>True</u> BILL

_____
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (Fed ID No. 11931)
Elle E. Klein (Fed ID No. 12941)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email: Elliott.Daniels@usdoj.gov
         Elle.Klein@usdoj.gov